# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Justin Cyrus Trice**

    vs.                              **CASE NUMBER: 5:08-CV-652 (NPM/GHL)**

**State of New York, Anthony Boucaud and Brian Fischer**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' motion to dismiss plaintiff's complaint is GRANTED in its entirety. Judgment in entered in favor of the defendants' and this action is closed.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 21st day of December, 2010.

DATED: December 23, 2010

                                              */s/ Lawrence K. Baerman*
                                              Clerk of Court

                                         s/

                                         Joanne Bleskoski
                                         Deputy Clerk